IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| RANDALL CROLEY, #535095 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-05-493 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| DIRECTOR OF TDCJ-CID | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED WITH PREJUDICE**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 11th day of May, 2007.

_____
Samuel B. Kent
United States District Judge